AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00189 |
| EDUARDO NICOLAS ALVEAR GONZALEZ  (AKA: ALVEAR GONZALEZ EDUARDO NICOLAS; NICOLAS ALVEAR) DOB: XXXXXX | ) ) ) ) ) | Assigned To : Harvey, G. Michael Assign. Date : 1/31/2021 Description: Complaint w/ Arrest Warrant |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Madison Ramsden, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/31/2021

_____
Judge's signature
Digitally signed by G. Michael Harvey

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
Printed name and title